IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 12 |
| DAVID J. BUCHANAN, ) | |
| ) | |
| ) | Bk. No. 08-13369 (BLS) |
| ) | |
| Debtor. ) | |

| | |
|---|---|
| DAVID J. BUCHANAN, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Civ. No. 09-366-SLR |
| ) | |
| TRUSTEE MICHAEL B. JOSEPH, ) | |
| ) | |
| Appellee. ) | |

**MEMORANDUM ORDER**

At Wilmington this 28th day of October, 2010, having considered appellant's motion for reargument and the papers submitted in connection therewith;

IT IS ORDERED that appellant's motion (D.I. 26)[1] is denied for the following reasons.

1. The purpose of a motion for reconsideration is to "correct manifest errors of law or fact or to present newly discovered evidence." *Max's Seafood Café ex rel. Lou-*

---

[1] Although captioned as a "Motion for Reargument," defendant is essentially seeking reconsideration of the court's memorandum order dated March 22, 2010 (D.I. 23)

*Ann, Inc. v. Quinteros*, 176 F.3d 669, 677 (3d Cir. 1999). Accordingly, a court may alter or amend its judgment if the movant demonstrates at least one of the following: (1) a change in the controlling law; (2) availability of new evidence not available when summary judgment was granted; or (3) a need to correct a clear error of law or fact or to prevent manifest injustice. *See id.*

2. Appellant has failed to demonstrate any of the aforementioned grounds to warrant a reconsideration of the court's order.

_____
United States District Judge